IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION


THELMA WILLIAMS                                                    PETITIONER


v.                                  NO. 4:22-cv-00327 JM


CLASSIFICATION OFFICER WASHINGTON,                  RESPONDENTS
WARDEN TODD BELL, WARDEN JAMES GIBSON,
WARDEN BRANDON CARROLL, RECORDS
OFFICER STRAUGHN, INMATE SHINEFLEW,
LAW LIBRARY OFFICER EVANS, LAW LIBRARY
OFFICER RANDELL, LAW LIBRARY OFFICER
GORDON, LAW LIBRARY OFFICER KENNEDY,
PINE BLUFF POLICE OFFICERS DOE,
VARNER SUPERMAX SERGEANT WALLACE,
VARNER SUPERMAX OFFICER HARTER, and
VARNER SUPERMAX LIEUTENANT JOHNSON
VARNER SUPERMAX CAPTAIN BIDENS,
PINE BLUFF POLICE INVESTIGATOR CLARK,
PINE BLUFF POLICE INVESTIGATOR KING,
PINE BLUFF POLICE INVESTIGATOR HAMPTON


<u>ORDER</u>


The Court has received findings and a recommendation from

Magistrate Judge Patricia S. Harris. After a careful review of the findings

and recommendation, the timely objections received thereto, and a <u>de</u>

<u>novo</u> review of the record, the Court concludes that the findings and

recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The case at bar is dismissed <u>sua</u> <u>sponte</u>; service of process will not be ordered. All pending motions are denied, and judgment will be entered for the respondents. The dismissal of this case is with prejudice, save plaintiff Thelma Williams' conditions of confinement claims. Those claims are dismissed without prejudice.

      IT IS SO ORDERED this 1st day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE