IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**THELMA WILLIAMS**                                                                 **PETITIONER**

v.                                          NO. 4:22-cv-00327 JM

**CLASSIFICATION OFFICER WASHINGTON,**               **RESPONDENTS**
**WARDEN TODD BELL, WARDEN JAMES GIBSON,**
**WARDEN BRANDON CARROLL, RECORDS**
**OFFICER STRAUGHN, INMATE SHINEFLEW,**
**LAW LIBRARY OFFICER EVANS, LAW LIBRARY**
**OFFICER RANDELL, LAW LIBRARY OFFICER**
**GORDON, LAW LIBRARY OFFICER KENNEDY,**
**PINE BLUFF POLICE OFFICERS DOE,**
**VARNER SUPERMAX SERGEANT WALLACE,**
**VARNER SUPERMAX OFFICER HARTER, and**
**VARNER SUPERMAX LIEUTENANT JOHNSON**
**VARNER SUPERMAX CAPTAIN BIDENS,**
**PINE BLUFF POLICE INVESTIGATOR CLARK,**
**PINE BLUFF POLICE INVESTIGATOR KING,**
**PINE BLUFF POLICE INVESTIGATOR HAMPTON**

## ORDER

In order for this Court to grant a certificate of appealability, the petitioner must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *Tiedeman v. Benson*, 122 F.3d 518 (8th Cir. 1997). To make such a showing, "[t]he petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

In this case, Petitioner has failed to make such a substantial showing of the denial of a constitutional right. Accordingly, for the reasons previously stated in the order denying the petition, docket #53 and 44, the motion for certificate of appealability is denied. (Docket # 66).

Petitioner's motions for reconsideration, docket #'s 63, 64 and 65 are DENIED.

IT IS SO ORDERED this 14th day of July, 2022.

_____
James M. Moody Jr.
United States District Judge